JOSH COLE AICKLEN
Nevada Bar No. 007254
Josh.aicklen@lewisbrisbois.com
NATHANIEL T. COLLINS
Nevada Bar No. 015027
Nathaniel.collins@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
TEL: 702.893.3383
FAX: 702.893.3789
Attorneys for Third Party Defendant
CHASE MICHAEL CAIMI

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD MELCHIORRE, an individual | Case No.   2:24-cv-01411-CDS-DJA |
|     Plaintiffs, | |
| vs. | **STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES (FIRST REQUEST)** |
| CHASE MICHAEL CAIMI, an individual; KO TRANSPORTATION, INC., a Utah Corporation; DOES 1 through 10, inclusive; and ROE BUSINESS ENTITIES 1 through 10, inclusive, | |
|     Defendants. | |

### STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES

Pursuant to LR 6-1 and LR 26-3, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend discovery in the above-captioned case by Ninety (90) days. In addition, the parties request that all other future deadlines contemplated by the Discovery Plan and Scheduling Order be extended pursuant to Local Rule. In support of this Stipulation and Order, the parties state as follows:

1.    On June 26, 2024, Plaintiff filed her Complaint in the Eight Judicial District Court in Clark County, Nevada.

2.    On August 1, 2024, Defendant KO TRANSPORTATION, INC. removed this matter to the United States District Court, District of Nevada.

3.    On October 11, 2024, Plaintiff filed his Amended Complaint.

4.      On October 14, 2024, Defendant KO TRANSPORTATION, INC. filed it's answer to Plaintiff's Amended Complaint.

5.      On October 16, 2024, Defendant CHASE MICHAEL CAIMI filed his answer to Plaintiff's Amended Complaint.

<u>DISCOVERY REMAINING</u>

1.      Defendant KO TRANSPORTATION has served written discovery on Plaintiff.

2.      Plaintiff has served written discovery on Defendants.

3.      Plaintiff has responded to written discovery.

4.      Defendants are still within the time allotted to respond to the written discovery requests from Plaintiff.

5.      The Defendants will take the deposition of Plaintiff Richard Melchiorre.

6.      Plaintiff may depose the Defendant KO TRANSPORTATION'S Rule 30(b)(6) designee(s).

7.      Plaintiff may depose Defendant CHASE MICHAEL CAIMI.

8.      Defendants may depose Plaintiff's medical and/or mental health providers once able to collect any and all relevant medical and/or mental health records and billing.

9.      The parties may depose any expert witnesses that are identified and disclosed

9.      The parties may depose any and all other witnesses identified through discovery.

<u>WHY REMAINING DISCOVERY HAS NOT BEEN COMPLETED</u>

The parties claim, pursuant to Local Rule 26-3, that good cause exists for the requested extension.  This Request for an extension of time is not sought for to delay the proceedings or for any improper purpose.

Defendant CHASE MICHAEL CAIMI entered into this litigation, filing its Answer on October 16, 2024. At the time, Defendant CHASE MICHAEL CAIMI entered this case, the

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

discovery deadlines were already set in this matter. Mr. CAIMI is imprisoned in Utah on an unrelated charge, which makes it extremely difficult to communicate with him. Indeed counsel traveled to Utah and twice attempted to confer with Mr. CAIMI, but was unable to do so due to his criminal case scheduling. Due to the severity of the subject incident allegedly resulting in over Nine Hundred Thousand Dollars in past medical specials and claims of additional future medical specials, the materials and plethora of information and documents involved with this matter, and the timing of all named parties making their appearance in this matter, it is necessary for an extension of the discovery deadlines in order to allow each party a fair and just opportunity to obtain the information, analyze the information, and obtain experts as may be necessary in order to properly prosecute or defend this matter. Additionally, the parties plan to attempt to resolve this matter using means of alternate dispute resolution.

For those reasons, the parties respectfully request an extension of the discovery deadlines in this matter.

<u>Extension or Modification of The Discovery Plan and Scheduling Order</u>. LR 26-3 governs modifications or extension of the Discovery Plan and Scheduling Order. Any stipulation or motion to extend or modify that Discovery Plan and Scheduling Order must be made no later than twenty-one (21) days before the expiration of the subject deadline and must comply fully with LR 26-3.

This is the first request for extension of time in this matter. The parties respectfully submit that the reasons set forth above constitute compelling reasons and good cause for the extension.

The following is a list of the current discovery deadlines and the parties' proposed extended deadlines:

///

///

///

///


LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| Scheduled Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Discovery Cut-off | *May 1, 2025* | *Wednesday July 30, 2025* |
| Deadline to Amend Pleadings or Add Parties | *January 31, 2025* | *Thursday May 1, 2025* |
| Expert Disclosure pursuant to FRCP26 (a)(2) | *March 3, 2025* | *Monday June 2, 2025* |
| Rebuttal Expert Disclosure pursuant to FRCP. 26(a)(2) | *April 2. 2025* | *Tuesday July 1, 2025* |
| Dispositive Motions | *June 3, 2025* | *Monday September 1, 2025* |
| Joint Pretrial Order | *July 3, 2025* | *Wednesday October 1, 2025* *If dispositive motions are pending, the parties will submit their Joint Pretrial Order within thirty (30) days of the Court's order as to any dispositive motions.* |

///

///

///

///

///

///

///

///

///

///

///

///

///

150564005.1

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1       WHEREFORE, the parties respectfully request this Court extend the discovery

2 period by ninety (90) days from the current deadline of May 1, 2025 up to and including

3 July 30, 2025, and extend the other dates as outlined in accordance with the table above.

4       IT IS SO STIPULATED.

| DATED the 7th day of January, 2025. | DATED the 7th day of January, 2025. |
|---|---|
| **RALPH A. SCHWARTZ, P.C.** | **LEWIS BRISBOIS BISGAARD & SMITH, LLP** |
| /s/  _Ralph A. Schwartz_____<br>RALPH A. SCHWARTZ, ESQ.<br>Nevada Bar No. 5488<br>400 South Seventh Street, Suite 100<br>Las Vegas, Nevada 89101<br>Attorney for Plaintiff<br>RICHARD MELCHIORRE | /s/ _Josh Cole Aicklen_____<br>JOSH COLE AICKLEN<br>Nevada Bar No.: 7254<br>NATHANIEL T. COLLINS<br>Nevada Bar No.: 15027<br>6385 S. Rainbow Blvd., Ste. 600<br>Las Vegas, Nevada 89118<br>Attorneys for Defendant<br>CHASE MICHAEL CAIMI |
| DATED the ___ day of January, 2025.<br><br>**WINNER & BOOZE**<br><br>/s/_____<br>CHRISTINE M. BOOZE, ESQ.<br>Nevada Bar No. 7610<br>1117 South Rancho Drive<br>Las Vegas, Nevada 89101<br>Attorney for Defendant<br>KO TRANSPORTATION, INC. | |

## ORDER

      IT IS SO ORDERED.

      Dated this _____ day of _____, 2025.

_____
UNITED STATES DISTRICT COURT JUDGE

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

150564005.1

5

1    WHEREFORE, the parties respectfully request this Court extend the discovery

2 period by ninety (90) days from the current deadline of May 1, 2025 up to and including

3 July 30, 2025, and extend the other dates as outlined in accordance with the table above.

4    IT IS SO STIPULATED.

| DATED the ___ day of January, 2025. | DATED the ___ day of January, 2025. |
|---|---|
| RALPH A. SCHWARTZ, P.C. | LEWIS BRISBOIS BISGAARD & SMITH, LLP |
| /s/ _____ | |
| RALPH A. SCHWARTZ, ESQ. | /s/ *Josh Cole Aicklen* |
| Nevada Bar No. 5488 | JOSH COLE AICKLEN |
| 400 South Seventh Street, Suite 100 | Nevada Bar No.: 7254 |
| Las Vegas, Nevada 89101 | NATHANIEL T. COLLINS |
| Attorney for Plaintiff | Nevada Bar No.: 15027 |
| RICHARD MELCHIORRE | 6385 S. Rainbow Blvd., Ste. 600 |
| | Las Vegas, Nevada 89118 |
| | Attorneys for Defendant |
| | CHASE MICHAEL CAIMI |
| DATED the __ day of January, 2025. | |
| WINNER & BOOZE | |
| /s/ _____ | |
| CHRISTINE M. BOOZE, ESQ. | |
| Nevada Bar No. 7610 | |
| 1117 South Rancho Drive | |
| Las Vegas, Nevada 89101 | |
| Attorney for Defendant | |
| KO TRANSPORTATION, INC. | |

## ORDER

IT IS SO ORDERED.

Dated this 8th ___ day of ___ January ___, 2025.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

150564005.1

**Sims, Tina**

| | |
|---|---|
| **From:** | Ralph Schwartz <RSchwartz@888LAW1.COM> |
| **Sent:** | Tuesday, January 7, 2025 10:31 AM |
| **To:** | Collins, Nathaniel; Leslie M. Darnell; Karina Rangel; Christine Booze; Aicklen, Josh Cole |
| **Cc:** | Michele Schwartz; Vikki  Weyandt; Sims, Tina; Ramos, Georgina |
| **Subject:** | RE: Melchiorre v. Caimi, et al. Discovery and depositions |

EXTERNAL

Yes thanks. Ralph

**Ralph A. Schwartz, Esquire**



**400 S. Seventh Street, Suite 100**
**Las Vegas, NV 89101**
**(702) 888-LAW1(5291) Office**
**(702) 888-LAW2(5292)  Fax**
**rschwartz@888LAW1.COM**
**www.888LAW1.COM**







THIS E-MAIL AND ITS ATTACHMENTS, IF ANY, ARE INTENDED ONLY FOR USE BY THE ADDRESSEE(S) NAMEDABOVE. THE E-MAIL AND/OR ITS ATTACHMENT(S) MAY CONTAIN LEGALLY PRIVILEGED, CONFIDENTIAL, AND/OR PROTECTED INFORMATION.  IF YOU ARE NOT AN INTENDED RECIPIENT OF THIS E-MAIL, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS E-MAIL OR OF ANY ATTACHMENT(S) HERETO, AND ANY USE OF THE INFORMATION CONTAINED IN THEM, IS STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER BY PHONE AT (702) 888-5291 OR BY RETURN E-MAIL AND PERMANENTLY DELETE THE ORIGINAL E-MAIL, ITS ATTACHMENT(S), AND ANY COPIES THEREOF.  THANK YOU.

**From:** Collins, Nathaniel <Nathaniel.Collins@lewisbrisbois.com>
**Sent:** Tuesday, January 7, 2025 10:25 AM
**To:** Leslie M. Darnell <ldarnell@winnerfirm.com>; Karina Rangel <krangel@888law1.com>; Christine Booze <cbooze@winnerfirm.com>; Aicklen, Josh Cole <Josh.Aicklen@lewisbrisbois.com>; Ralph Schwartz <RSchwartz@888LAW1.COM>
**Cc:** Michele Schwartz <mschwartz@888LAW1.COM>; Vikki Weyandt <vweyandt@888law1.com>; Sims, Tina <Tina.Sims@lewisbrisbois.com>; Ramos, Georgina <Georgina.Ramos@lewisbrisbois.com>
**Subject:** RE: Melchiorre v. Caimi, et al. Discovery and depositions

> **CAUTION:** This email originated from outside of the organization. Be cautious when opening attachments or clicking links.

Ralph, do we have permission to affix your e-signature?

Thank you.



**Nathaniel T. Collins**
**Attorney**
Nathaniel.Collins@lewisbrisbois.com

**T: 702.693.4329 F: 702.893.3789**

6385 South Rainbow Blvd., Suite 600, Las Vegas, NV 89118 | **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**



This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

**From:** Leslie M. Darnell <ldarnell@winnerfirm.com>
**Sent:** Monday, January 6, 2025 8:58 AM
**To:** Collins, Nathaniel <Nathaniel.Collins@lewisbrisbois.com>; Karina Rangel <krangel@888law1.com>; Christine Booze <cbooze@winnerfirm.com>; Aicklen, Josh Cole <Josh.Aicklen@lewisbrisbois.com>; Ralph Schwartz <RSchwartz@888LAW1.COM>
**Cc:** Michele Schwartz <mschwartz@888LAW1.COM>; Vikki Weyandt <vweyandt@888law1.com>
**Subject:** RE: Melchiorre v. Caimi, et al. Discovery and depositions

EXTERNAL

Good Morning Nate,

Attached please find the stipulation and order to extend discovery deadlines, which has been duly executed by Christine Booze.

Should you have any questions, please do not hesitate to contact this office.

Best Regards,