RALPH A. SCHWARTZ
Nevada Bar No. 5488
RALPH A. SCHWARTZ, P.C.
400 South Seventh Street, Suite 100
Las Vegas, Nevada 89101
Telephone No.: (702) 888-5291
Facsimile No.: (702) 888-5292
Email: mail@888law1.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD MELCHIORRE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CHASE MICHAEL CAIMI, an individual; KO TRANSPORTATION, INC., INC., a Utah Corporation; DOES 1 through 10, inclusive; and ROE BUSINESS ENTITIES 1 through 10, inclusive,<br><br>Defendants | Case No. 2:24-cv-01411-CDS-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES (FOURTH REQUEST)** |

Pursuant to LR 6-1 and LR 26-3, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend the deadlines for initial expert and rebuttal experts in the above-captioned case by sixty (60) days. The parties request that all other future deadlines contemplated by the Discovery Plan and Scheduling Order be extended as well. In support of this Stipulation and Order, the parties state as follows:

1.    On June 26, 2024, Plaintiff filed her Complaint in the Eight Judicial District Court in Clark County, Nevada.

2.    On August 1, 2024, Defendant KO TRANSPORTATION, INC., INC. removed this matter to the United States District Court, District of Nevada.

3.    On October 11, 2024, Plaintiff filed his Amended Complaint.

4.    On October 14, 2024, Defendant KO TRANSPORTATION, INC., INC. filed its answer to Plaintiff's Amended Complaint.

5.      On October 16, 2024, Defendant CHASE MICHAEL CAIMI filed his answer to Plaintiff's Amended Complaint.

6.      Defendant KO TRANSPORTATION, INC. served its first set of interrogatories and requests for production of documents to Plaintiff , and Plaintiff served his responses.

7.      Defendant KO TRANSPORTATION, INC. served its second set of request for production of documents to Plaintiff, and Plaintiff served his responses.

8.      Plaintiff served his first set of interrogatories and request for production of documents on Defendant KO TRANSPORTATION, INC., and KO TRANSPORTATION, INC. served its responses to both discovery requests.

9.      Plaintiff served his first set of interrogatories and requests for production of documents to Defendant CAIMI, and Defendant CAIMI served his responses to both discovery requests.

10.     Defendant KO TRANSPORTATION, INC., INC. took the deposition of Plaintiff Richard Melchiorre on May 12, 2025.

11.     Defendant KO Transportation, Inc. will be taking the deposition of G. Michael Elkanich, M.D. on August 29, 2025

## **DISCOVERY REMAINING**

1.      Plaintiff may depose the Defendant KO TRANSPORTATION, INC.'S Rule 30(b)(6) designee(s).

2.      Plaintiff may depose Defendant CHASE MICHAEL CAIMI.

3.      Defendants may depose Plaintiff's medical and/or mental health providers once able to collect any and all relevant medical and/or mental health records and billing.

4.      Defendant KO TRANSPORTATION, INC., INC. has made a diligent effort to obtain plaintiff's medical records and billing.  Additionally, subpoenas duces tecum have been and are in the process of being served to obtain documentation from plaintiff's nonresponsive medical providers.

5.      The parties may depose any expert witnesses that are identified and disclosed.

6.      The parties may depose any and all other witnesses identified through discovery.

/ / /

### <u>WHY REMAINING DISCOVERY HAS NOT BEEN COMPLETED</u>

The parties claim, pursuant to Local Rule 26-3, that good cause exists for the requested extension.  This Request for an extension of time is not sought for to delay the proceedings or for any improper purpose.

Due to the severity of the subject incident allegedly resulting in over Nine Hundred Thousand Dollars ($900,000) in past medical specials and claims of additional future medical specials, the materials and plethora of information and documents involved with this matter, and the timing of all named parties making their appearance in this matter, it is necessary for an extension of the discovery deadlines in order to allow each party a fair and just opportunity to obtain the information, analyze the information, and obtain experts as may be necessary in order to properly prosecute or defend this matter. **The parties have finalized alternative dispute resolution and have a mediation set for September 16, 2025, with the hopes of resolving this matter.**

For those reasons, the parties respectfully request an extension of the discovery deadlines in this matter.

**<u>Extension or Modification of The Discovery Plan and Scheduling Order.</u>**  LR 26-3 governs modifications or extension of the Discovery Plan and Scheduling Order.  Any stipulation or motion to extend or modify that Discovery Plan and Scheduling Order must be made no later than twenty-one (21) days before the expiration of the subject deadline and must comply fully with LR 26-3.

This is the fourth request for extension of time in this matter.  The parties respectfully submit that the reasons set forth above constitute compelling reasons and good cause for the extension.

/ / /

/ / /

/ / /

/ / /

/ / /

The following is a list of the current discovery deadlines and the parties' proposed extended deadlines:

| Scheduled Event | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Discovery Cut-off | October 28, 2025 | **December 26, 2025** |
| Deadline to Amend Pleadings or Add Parties | CLOSED | **CLOSED** |
| Expert Disclosure pursuant to FRCP26 (a)(2) | September 2, 2025 | **October 31, 2025** |
| Rebuttal Expert Disclosure pursuant to FRCP. 26(a)(2) | September 29, 2025 | **November 28, 2025** |
| Dispositive Motions | December 1, 2025 | **January 30, 2025** |
| Joint Pretrial Order | December 30, 2025 | **February 27, 2026**<br><br>**If dispositive motions are pending, the parties will submit their Joint Pretrial Order within thirty (30) days of the Court's order as to any dispositive motions.** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

WHEREFORE, the parties respectfully request this Court extend the discovery period by ninety (60) days from the current deadline of October 28, 2025, to December 26, 2025, and extend the other dates as outlined in accordance with the table above.

**IT IS SO STIPULATED**.

DATED this 29th day of August, 2025.          DATED this 29th day of August, 2025.

RALPH A. SCHWARTZ, P.C.                        WINNER & BOOZE

By: */s/ Ralph A. Schwartz*                    By*: /s/Christine M. Booze*
Ralph A. Schwartz                                  Christine M. Booze
400 South Seventh Street, Suite 100                1117 South Rancho Drive
Las Vegas, Nevada 89101                            Las Vegas, Nevada 89102
(702) 888-5291                                     (702) 243-7000
*Attorneys for Plaintiff, RICHARD*                 *Attorneys for Defendant KO*
*MELCHIORRE*                                        *TRANSPORTATION, INC.*

DATED this 29th day of August, 2025.

LEWIS BRISBOIS BISGAARD & SMITH, LLP

By: */s/ Josh Cole Aicklen*
Josh Cole Aicklen
Nathaniel T. Collins
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
(702) 893-3383
*Attorneys for Defendant, CHASE MICHAEL CAIMI*


## <u>ORDER</u>

IT IS SO ORDERED.

DATED this 2nd day of September, 2025.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

Exhibit 1

## Jamie Ulibarri

| | |
|---|---|
| **From:** | Christine Booze <cbooze@winnerfirm.com> |
| **Sent:** | Thursday, August 28, 2025 1:56 PM |
| **To:** | Jamie Ulibarri; Ralph Schwartz; Leslie M. Darnell; Collins, Nathaniel; Aicklen, Josh Cole; Plata, Jackie; Sims, Tina; Ramos, Georgina |
| **Cc:** | Michele Schwartz |
| **Subject:** | RE: Melchiorre v. Caimi et al 2:24-cv-01411: Stip & Order to Extend Discovery |

> **CAUTION:** This email originated from outside of the organization. Be cautious when opening attachments or clicking links.

Thank you.  My signature may be applied.



Christine Booze
1117 South Rancho Drive
Las Vegas, NV 89102
PHONE (702) 243-7000 | FAX (702) 243-7059
cbooze@winnerfirm.com
www.winnerfirm.com

CONFIDENTIALITY NOTICE: THIS EMAIL TRANSMISSION IS ATTORNEY CLIENT, ATTORNEY WORK PRODUCT, DISSEMINATED AND/OR PROVIDED IN CONTEMPLATION OF POTENTIAL OR FUTURE LITIGATION, AND/OR CONFIDENTIAL INFORMATION THAT IS INTENDED SOLELY FOR THE USE OF THE INDIVIDUAL(S) OR ENTIT(IES) NAMED ABOVE. IF YOU ARE NOT AN INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE DELETE THIS TRANSMISSION AND IMMEDIATELY NOTIFY THE SENDER OF THIS ERROR.

**From:** Jamie Ulibarri <julibarri@888law1.com>
**Sent:** Thursday, August 28, 2025 11:15 AM
**To:** Ralph Schwartz <RSchwartz@888LAW1.COM>; Leslie M. Darnell <ldarnell@winnerfirm.com>; Collins, Nathaniel <nathaniel.collins@lewisbrisbois.com>; Christine Booze <cbooze@winnerfirm.com>; Aicklen, Josh Cole <josh.aicklen@lewisbrisbois.com>; Plata, Jackie <jackie.plata@lewisbrisbois.com>; Sims, Tina <tina.sims@lewisbrisbois.com>; Ramos, Georgina <georgina.ramos@lewisbrisbois.com>; Christine Booze <cbooze@winnerfirm.com>
**Cc:** Michele Schwartz <mschwartz@888LAW1.COM>
**Subject:** RE: Melchiorre v. Caimi et al 2:24-cv-01411: Stip & Order to Extend Discovery

Good afternoon,

Attached is the revised stipulation and order to extend discovery for your review. Please provide your authorization to e-sign on your behalf.

Thank you so much,

**Jamie Ulibarri**
**Paralegal**

**400 S. Seventh Street, Suite 100**

Las Vegas, NV 89101
**(702) 888-LAW1(5291) Office**
**(702) 888-LAW2(5292) Fax**
**mschwartz@888LAW1.COM**
**www.888LAW1.COM**







THIS E-MAIL AND ITS ATTACHMENTS, IF ANY, ARE INTENDED ONLY FOR USE BY THE ADDRESSEE(S) NAMEDABOVE. THE E-MAIL AND/OR ITS ATTACHMENT(S) MAY CONTAIN LEGALLY PRIVILEGED, CONFIDENTIAL, AND/OR PROTECTED INFORMATION.  IF YOU ARE NOT AN INTENDED RECIPIENT OF THIS E-MAIL, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS E-MAIL OR OF ANY ATTACHMENT(S) HERETO, AND ANY USE OF THE INFORMATION CONTAINED IN THEM, IS STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER BY PHONE AT (702) 888-5291 OR BY RETURN E-MAIL AND PERMANENTLY DELETE THE ORIGINAL E-MAIL, ITS ATTACHMENT(S), AND ANY COPIES THEREOF.  THANK YOU.

**From:** Ralph Schwartz <RSchwartz@888LAW1.COM>
**Sent:** Thursday, August 28, 2025 10:37 AM
**To:** Leslie M. Darnell <ldarnell@winnerfirm.com>; Jamie Ulibarri <julibarri@888law1.com>; Collins, Nathaniel <nathaniel.collins@lewisbrisbois.com>; Aicklen, Josh Cole <josh.aicklen@lewisbrisbois.com>; Plata, Jackie <jackie.plata@lewisbrisbois.com>; Sims, Tina <tina.sims@lewisbrisbois.com>; Ramos, Georgina <georgina.ramos@lewisbrisbois.com>; Christine Booze <cbooze@winnerfirm.com>
**Cc:** Michele Schwartz <mschwartz@888LAW1.COM>
**Subject:** RE: Melchiorre v. Caimi et al 2:24-cv-01411: Stip & Order to Extend Discovery

Will do Leslie thanks

**Ralph A. Schwartz, Esquire**



**400 S. Seventh Street, Suite 100**
**Las Vegas, NV 89101**
**(702) 888-LAW1(5291) Office**
**(702) 888-LAW2(5292) Fax**
**rschwartz@888LAW1.COM**
**www.888LAW1.COM**







THIS E-MAIL AND ITS ATTACHMENTS, IF ANY, ARE INTENDED ONLY FOR USE BY THE ADDRESSEE(S) NAMEDABOVE. THE E-MAIL AND/OR ITS ATTACHMENT(S) MAY CONTAIN LEGALLY PRIVILEGED, CONFIDENTIAL, AND/OR PROTECTED INFORMATION.  IF YOU ARE NOT AN INTENDED RECIPIENT OF THIS E-MAIL, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS E-MAIL OR OF ANY ATTACHMENT(S) HERETO, AND ANY USE OF THE INFORMATION CONTAINED IN THEM, IS STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER BY PHONE AT (702) 888-5291 OR BY RETURN E-MAIL AND PERMANENTLY DELETE THE ORIGINAL E-MAIL, ITS ATTACHMENT(S), AND ANY COPIES THEREOF.  THANK YOU.

**From:** Leslie M. Darnell <ldarnell@winnerfirm.com>
**Sent:** Thursday, August 28, 2025 10:36 AM
**To:** Jamie Ulibarri <julibarri@888law1.com>; Collins, Nathaniel <nathaniel.collins@lewisbrisbois.com>; Aicklen, Josh Cole <josh.aicklen@lewisbrisbois.com>; Plata, Jackie <jackie.plata@lewisbrisbois.com>; Sims, Tina <tina.sims@lewisbrisbois.com>; Ramos, Georgina <georgina.ramos@lewisbrisbois.com>; Christine Booze <cbooze@winnerfirm.com>
**Cc:** Ralph Schwartz <RSchwartz@888LAW1.COM>; Michele Schwartz <mschwartz@888LAW1.COM>
**Subject:** RE: Melchiorre v. Caimi et al 2:24-cv-01411: Stip & Order to Extend Discovery

> **CAUTION:** This email originated from outside of the organization. Be cautious when opening attachments or clicking links.

Good Morning,

On page 2 of this document, will you add item No. 11 as follows:

"Defendant KO Transportation, Inc. will be taking the deposition of G. Michael Elkanich, M.D. on August 29, 2025."

Thank you,



Leslie M. Darnell
Paralegal to Christine M. Booze
1117 South Rancho Drive
Las Vegas, NV 89102
PHONE (702) 243-7000 | FAX (702) 243-7059
ldarnell@winnerfirm.com
www.winnerfirm.com

CONFIDENTIALITY NOTICE: THIS EMAIL TRANSMISSION IS ATTORNEY CLIENT, ATTORNEY WORK PRODUCT, DISSEMINATED AND/OR PROVIDED IN CONTEMPLATION OF POTENTIAL OR FUTURE LITIGATION, AND/OR CONFIDENTIAL INFORMATION THAT IS INTENDED SOLELY FOR THE USE OF THE INDIVIDUAL(S) OR ENTIT(IES) NAMED ABOVE. IF YOU ARE NOT AN INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE DELETE THIS TRANSMISSION AND IMMEDIATELY NOTIFY THE SENDER OF THIS ERROR.

**From:** Jamie Ulibarri <julibarri@888law1.com>
**Sent:** Thursday, August 28, 2025 9:51 AM
**To:** Leslie M. Darnell <ldarnell@winnerfirm.com>; Collins, Nathaniel <nathaniel.collins@lewisbrisbois.com>; Aicklen, Josh Cole <josh.aicklen@lewisbrisbois.com>; Plata, Jackie <jackie.plata@lewisbrisbois.com>; Sims, Tina <tina.sims@lewisbrisbois.com>; Ramos, Georgina <georgina.ramos@lewisbrisbois.com>
**Cc:** Ralph Schwartz <RSchwartz@888LAW1.COM>; Michele Schwartz <mschwartz@888LAW1.COM>
**Subject:** Melchiorre v. Caimi et al 2:24-cv-01411: Stip & Order to Extend Discovery

Good morning,

Attached please find a stip & order to extend discovery for your review. Please provide your authorization to e-sign on your behalf.

Thank you,

**Jamie Ulibarri**
**Paralegal**



**400 S. Seventh Street, Suite 100**
**Las Vegas, NV 89101**
**(702) 888-LAW1(5291) Office**
**(702) 888-LAW2(5292)  Fax**
**mschwartz@888LAW1.COM**
**www.888LAW1.COM**







THIS E-MAIL AND ITS ATTACHMENTS, IF ANY, ARE INTENDED ONLY FOR USE BY THE ADDRESSEE(S) NAMEDABOVE. THE E-MAIL AND/OR ITS ATTACHMENT(S) MAY CONTAIN LEGALLY PRIVILEGED, CONFIDENTIAL, AND/OR PROTECTED INFORMATION.  IF YOU ARE NOT AN INTENDED RECIPIENT OF THIS E-MAIL, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS E-MAIL OR OF ANY ATTACHMENT(S) HERETO, AND ANY USE OF THE INFORMATION CONTAINED IN THEM, IS STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER BY PHONE AT (702) 888-5291 OR BY RETURN E-MAIL AND PERMANENTLY DELETE THE ORIGINAL E-MAIL, ITS ATTACHMENT(S), AND ANY COPIES THEREOF.  THANK YOU.

Exhibit 2

**Jamie Ulibarri**

| | |
|---|---|
| **From:** | Collins, Nathaniel <Nathaniel.Collins@lewisbrisbois.com> |
| **Sent:** | Thursday, August 28, 2025 2: 2 PM |
| **To:** | Christine Booze; Jamie Ulibarri; Ralph Schwartz; Leslie M. Darnell; Aicklen, Josh Cole; Plata, Jackie; Sims, Tina; Ramos, Georgina |
| **Cc:** | Michele Schwartz |
| **Subject:** | Re: Melchiorre v. Caimi et al 2:24-cv-01411: Stip & Order to Extend Discovery |

This email originated from outside of the organization. Be cautious when opening attachments or clicking links.

ou may affix my e-signature. Thank you.

Get Outlook for iO



5  outh  ainbow Blvd.,  uite  00, Las  egas, N   911



This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are re uired to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

**From:** Christine Booze <cbooze@winnerfirm.com>
**Sent:** Thursday, August 28, 2025 1:55:39 PM
**To:** Jamie Ulibarri <julibarri@888law1.com>; Ralph Schwartz <RSchwartz@888LAW1.COM>; Leslie M. Darnell <ldarnell@winnerfirm.com>; Collins, Nathaniel <Nathaniel.Collins@lewisbrisbois.com>; Aicklen, Josh Cole <Josh.Aicklen@lewisbrisbois.com>; Plata, Jackie <Jackie.Plata@lewisbrisbois.com>; Sims, Tina <Tina.Sims@lewisbrisbois.com>; Ramos, Georgina <Georgina.Ramos@lewisbrisbois.com>
**Cc:** Michele Schwartz <mschwartz@888LAW1.COM>
**Subject:** RE: Melchiorre v. Caimi et al 2:24-cv-01411: Stip & Order to Extend Discovery

EXTERNAL

Thank you.  My signature may be applied.



1117 South Rancho Drive
Las Vegas, NV 89102
PHONE (702) 243-7000 | FAX (702) 243-7059
cbooze@winnerfirm.com
www.winnerfirm.com

CONFIDENTIALITY NOTICE: THIS EMAIL TRANSMISSION IS ATTORNEY CLIENT, ATTORNEY WORK PRODUCT, DISSEMINATED AND/OR PROVIDED IN CONTEMPLATION OF POTENTIAL OR FUTURE LITIGATION, AND/OR CONFIDENTIAL INFORMATION THAT IS INTENDED SOLELY FOR THE USE OF THE INDIVIDUAL(S) OR ENTIT(IES) NAMED ABOVE. IF YOU ARE NOT AN INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE DELETE THIS TRANSMISSION AND IMMEDIATELY NOTIFY THE SENDER OF THIS ERROR.

**From:** Jamie Ulibarri <julibarri@888law1.com>
**Sent:** Thursday, August 28, 2025 11:15 AM
**To:** Ralph Schwartz <RSchwartz@888LAW1.COM>; Leslie M. Darnell <ldarnell@winnerfirm.com>; Collins, Nathaniel <nathaniel.collins@lewisbrisbois.com>; Christine Booze <cbooze@winnerfirm.com>; Aicklen, Josh Cole <josh.aicklen@lewisbrisbois.com>; Plata, Jackie <jackie.plata@lewisbrisbois.com>; Sims, Tina <tina.sims@lewisbrisbois.com>; Ramos, Georgina <georgina.ramos@lewisbrisbois.com>; Christine Booze <cbooze@winnerfirm.com>
**Cc:** Michele Schwartz <mschwartz@888LAW1.COM>
**Subject:** RE: Melchiorre v. Caimi et al 2:24-cv-01411: Stip & Order to Extend Discovery

Good afternoon,

Attached is the revised stipulation and order to extend discovery for your review. Please provide your authorization to e-sign on your behalf.

Thank you so much,


**Jamie Ulibarri**
**Paralegal**



**400 S. Seventh Street, Suite 100**
**Las Vegas, NV 89101**
**(702) 888-LAW1(5291) Office**
**(702) 888-LAW2(5292)  Fax**
mschwartz@888LAW1.COM
www.888LAW1.COM

2



THIS E-MAIL AND ITS ATTACHMENTS, IF ANY, ARE INTENDED ONLY FOR USE BY THE ADDRESSEE(S) NAMEDABOVE. THE E-MAIL AND/OR ITS ATTACHMENT(S) MAY CONTAIN LEGALLY PRIVILEGED, CONFIDENTIAL, AND/OR PROTECTED INFORMATION. IF YOU ARE NOT AN INTENDED RECIPIENT OF THIS E-MAIL, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS E-MAIL OR OF ANY ATTACHMENT(S) HERETO, AND ANY USE OF THE INFORMATION CONTAINED IN THEM, IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER BY PHONE AT (702) 888-5291 OR BY RETURN E-MAIL AND PERMANENTLY DELETE THE ORIGINAL E-MAIL, ITS ATTACHMENT(S), AND ANY COPIES THEREOF. THANK YOU.

---

**From:** Ralph Schwartz <RSchwartz@888LAW1.COM>
**Sent:** Thursday, August 28, 2025 10:37 AM
**To:** Leslie M. Darnell <ldarnell@winnerfirm.com>; Jamie Ulibarri <julibarri@888law1.com>; Collins, Nathaniel <nathaniel.collins@lewisbrisbois.com>; Aicklen, Josh Cole <josh.aicklen@lewisbrisbois.com>; Plata, Jackie <jackie.plata@lewisbrisbois.com>; Sims, Tina <tina.sims@lewisbrisbois.com>; Ramos, Georgina <georgina.ramos@lewisbrisbois.com>; Christine Booze <cbooze@winnerfirm.com>
**Cc:** Michele Schwartz <mschwartz@888LAW1.COM>
**Subject:** RE: Melchiorre v. Caimi et al 2:24-cv-01411: Stip & Order to Extend Discovery

Will do Leslie thanks

**Ralph A. Schwartz, Esquire**



**400 S. Seventh Street, Suite 100**
**Las Vegas, NV 89101**
**(702) 888-LAW1(5291) Office**
**(702) 888-LAW2(5292) Fax**
**rschwartz@888LAW1.COM**
**www.888LAW1.COM**







THIS E-MAIL AND ITS ATTACHMENTS, IF ANY, ARE INTENDED ONLY FOR USE BY THE ADDRESSEE(S) NAMEDABOVE. THE E-MAIL AND/OR ITS ATTACHMENT(S) MAY CONTAIN LEGALLY PRIVILEGED, CONFIDENTIAL, AND/OR PROTECTED INFORMATION. IF YOU ARE NOT AN INTENDED RECIPIENT OF THIS E-MAIL, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS E-MAIL OR OF ANY ATTACHMENT(S) HERETO, AND ANY USE OF THE INFORMATION CONTAINED IN THEM, IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER BY PHONE AT (702) 888-5291 OR BY RETURN E-MAIL AND PERMANENTLY DELETE THE ORIGINAL E-MAIL, ITS ATTACHMENT(S), AND ANY COPIES THEREOF. THANK YOU.

**From:** Leslie M. Darnell <ldarnell@winnerfirm.com>
**Sent:** Thursday, August 28, 2025 10:36 AM
**To:** Jamie Ulibarri <julibarri@888law1.com>; Collins, Nathaniel <nathaniel.collins@lewisbrisbois.com>; Aicklen, Josh Cole <josh.aicklen@lewisbrisbois.com>; Plata, Jackie <jackie.plata@lewisbrisbois.com>; Sims, Tina <tina.sims@lewisbrisbois.com>; Ramos, Georgina <georgina.ramos@lewisbrisbois.com>; Christine Booze <cbooze@winnerfirm.com>
**Cc:** Ralph Schwartz <RSchwartz@888LAW1.COM>; Michele Schwartz <mschwartz@888LAW1.COM>
**Subject:** RE: Melchiorre v. Caimi et al 2:24-cv-01411: Stip & Order to Extend Discovery

This email originated from outside of the organization. Be cautious when opening attachments or clicking links.

Good Morning,

On page 2 of this document, will you add item No. 11 as follows:

"Defendant KO Transportation, Inc. will be taking the deposition of G. Michael Elkanich, M.D. on August 29, 2025."

Thank you,



Paralegal to Christine M. Booze
1117 South Rancho Drive
Las Vegas, NV 89102
PHONE (702) 243-7000 | FAX (702) 243-7059
ldarnell@winnerfirm.com
www.winnerfirm.com

CONFIDENTIALITY NOTICE: THIS EMAIL TRANSMISSION IS ATTORNEY CLIENT, ATTORNEY WORK PRODUCT, DISSEMINATED AND/OR PROVIDED IN CONTEMPLATION OF POTENTIAL OR FUTURE LITIGATION, AND/OR CONFIDENTIAL INFORMATION THAT IS INTENDED SOLELY FOR THE USE OF THE INDIVIDUAL(S) OR ENTIT(IES) NAMED ABOVE. IF YOU ARE NOT AN INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE DELETE THIS TRANSMISSION AND IMMEDIATELY NOTIFY THE SENDER OF THIS ERROR.

**From:** Jamie Ulibarri <julibarri@888law1.com>
**Sent:** Thursday, August 28, 2025 9:51 AM
**To:** Leslie M. Darnell <ldarnell@winnerfirm.com>; Collins, Nathaniel <nathaniel.collins@lewisbrisbois.com>; Aicklen, Josh Cole <josh.aicklen@lewisbrisbois.com>; Plata, Jackie <jackie.plata@lewisbrisbois.com>; Sims, Tina <tina.sims@lewisbrisbois.com>; Ramos, Georgina <georgina.ramos@lewisbrisbois.com>
**Cc:** Ralph Schwartz <RSchwartz@888LAW1.COM>; Michele Schwartz <mschwartz@888LAW1.COM>
**Subject:** Melchiorre v. Caimi et al 2:24-cv-01411: Stip & Order to Extend Discovery

Good morning,

Attached please find a stip & order to extend discovery for your review. Please provide your authorization to e-sign on your behalf.

Thank you,

**Jamie Ulibarri**
**Paralegal**

 Ralph A. Schwartz, PC
ATTORNEYS AT LAW

**400 S. Seventh Street, Suite 100**
**Las Vegas, NV 89101**
**(702) 888-LAW1(5291) Office**
**(702) 888-LAW2(5292)  Fax**
**mschwartz@888LAW1.COM**
**www.888LAW1.COM**







THIS E-MAIL AND ITS ATTACHMENTS, IF ANY, ARE INTENDED ONLY FOR USE BY THE ADDRESSEE(S) NAMEDABOVE. THE E-MAIL AND/OR ITS ATTACHMENT(S) MAY CONTAIN LEGALLY PRIVILEGED, CONFIDENTIAL, AND/OR PROTECTED INFORMATION.  IF YOU ARE NOT AN INTENDED RECIPIENT OF THIS E-MAIL, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS E-MAIL OR OF ANY ATTACHMENT(S) HERETO, AND ANY USE OF THE INFORMATION CONTAINED IN THEM, IS STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER BY PHONE AT (702) 888-5291 OR BY RETURN E-MAIL AND PERMANENTLY DELETE THE ORIGINAL E-MAIL, ITS ATTACHMENT(S), AND ANY COPIES THEREOF.  THANK YOU.