CHRISTINE M. BOOZE
Nevada Bar No. 7610
WINNER & BOOZE
1117 South Rancho Drive
Las Vegas, Nevada 89102
Phone (702) 243-7000
Facsimile (702) 243-7059
cbooze@winnerfirm.com

Attorney for KO Transportation, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD MELCHIORRE, an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CHASE MICHAEL CAIMI, an individual; KO TRANSPORTATION, INC., a Utah Corporation; DOES 1 through 10, inclusive; and ROE BUSINESS ENTITIES 1 through 10, inclusive,<br><br>　　　　Defendants. | CASE NO. 2:24-cv-01411-CDS-DJA<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff RICHARD MELCHIORRE, Defendant KO TRANSPORTATION, INC., and Defendant CHASE MICHAEL CAIMI, by and through their respective counsel of record that the Plaintiff's Complaint be dismissed in its entirety with prejudice, and each party to bear their own costs and attorneys' fees.

. . .

. . .

. . .

. . .

IT IS FURTHER STIPULATED that no trial date in this matter has been set.

IT IS SO STIPULATED.

DATED this __4 December__ day of November, 2025.   DATED this __10__ day of November, 2025.

WINNER & BOOZE                                         RALPH A. SCHWARTZ, P.C.

By: _____                       By: _____
Christine M. Booze                                    Ralph A. Schwartz
Nevada Bar No. 7610                                   Nevada Bar No. 5488
1117 South Rancho Drive                               400 South Seventh Street, Suite 100
Las Vegas, Nevada 89102                               Las Vegas, Nevada 89101
*Attorney for Defendant*                              *Attorney for Plaintiff Richard Melchiorre*
*KO Transportation, Inc*

DATED this _____ day of November, 2025.

LEWIS BRISBOIS BISGAARD & SMITH, LLP

By:_____
Josh Cole Aicklen
Nevada Bar No. 7254
Nathaniel T. Collins
Nevada Bar No. 15027
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant Chase Michael Caimi*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Page 2 of 2

IT IS FURTHER STIPULATED that no trial date in this matter has been set.

IT IS SO STIPULATED.

DATED this ____ day of November, 2025.

WINNER & BOOZE

By:_____
Christine M. Booze
Nevada Bar No. 7610
1117 South Rancho Drive
Las Vegas, Nevada 89102
*Attorney for Defendant
KO Transportation, Inc*

DATED this __3rd__ day of ~~November~~ December, 2025.

LEWIS BRISBOIS BISGAARD & SMITH, LLP

/s/ Josh Cole Aicklen

By:_____
Josh Cole Aicklen
Nevada Bar No. 7254
Nathaniel T. Collins
Nevada Bar No. 15027
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant Chase Michael Caimi*

DATED this ____ day of November, 2025.

RALPH A. SCHWARTZ, P.C.

By: /s/ Ralph A. Schwartz
Ralph A. Schwartz
Nevada Bar No. 5488
400 South Seventh Street, Suite 100
Las Vegas, Nevada 89101
*Attorney for Plaintiff Richard Melchiorre*

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
United States District Judge
Dated: December 8, 2025